USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GREATER NEW YORK TAXI ASSOCIATION
and EVGENY FREIDMAN,

                    **Plaintiffs,**

     -against-

**THE CITY OF NEW YORK, et al.,**

                    **Defendants.**

-----------------------------------------------------------------X

13-CV-03089 (VSB)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      On February 18, 2014, the Honorable Vernon S. Broderick referred this matter to my docket for settlement purposes only. Pursuant to that referral, a settlement conference has been scheduled for April 8, 2014. In preparation for that conference and pursuant to my Individual Rules of Practice, the parties have submitted *ex parte* letters discussing, among other things, the claims and defenses raised. In reviewing these submissions, the Court has determined that there is a potential for the appearance of impartiality by my continued involvement in this matter. Accordingly, I have requested that the Clerk of Court reassign this case to another Magistrate Judge.

      Although I was not counsel of record, in 2008 and 2009, my former law firm represented medallion owners in a challenge to various fuel efficiency standards adopted by the Taxi and Limousine Commission. I was substantially involved in this litigation, including the drafting of legal memoranda in support of the plaintiffs' motion for preliminary injunction. Although none of the clients that I represented is a plaintiff in this action, the appearance of judicial impartiality is best preserved by my recusal.

Accordingly, the settlement conference, previously scheduled for April 8, 2014 is ADJOURNED. The Clerk of Court is directed to reassign this matter to another Magistrate Judge.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
           April 7, 2014