

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

JAMES M. LEMONEDES
Direct No:  212.878.7918
Email: JLemonedes@FoxRothschild.com

February 23, 2018

**VIA ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York

Re:     <u>Greater New York Taxi Assoc., *et al.* v. The City of New York, *et al.*   13 Civ. 3089 (VSB) (RWL)</u>

Your Honor:

This office represents the Plaintiffs in the above-referenced action.  We write regarding the letter Plaintiffs filed with the Court on Wednesday, February 21, 2018, concerning Defendants' assertion of deliberative process.  Defendants' new counsel, Karen Beth Selvin, has requested that Plaintiffs engage in an additional meet and confer on the issues raised in the letter.  In an effort to resolve these issues without requiring Court intervention, Plaintiffs have agreed to the additional meet and confer, which is now scheduled for March 1, 2018.  Accordingly, Plaintiffs request that the Court hold Plaintiffs' letter in abeyance until the parties have again conferred on these issues.  We will advise Your Honor if the parties can resolve or narrow the issues by next Friday.

Respectfully submitted,

/s/ James M. Lemonedes


cc:  Karen Beth Selvin, Esq.

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida   Illinois
Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas   Washington

ACTIVE\53798275.v1-2/23/18